THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Tina Michelle Walker, Respondent,
v.
State of South Carolina, Petitioner.
 
 
 

ON WRIT OF CERTIORARI

Appeal From York County
 Lee S. Alford, Post-Conviction Relief Judge
John C. Hayes, III, Trial Judge

Memorandum Opinion No. 2006-MO-046
Submitted November 15, 2006  Filed December 11, 2006 

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General Molly R. Crum, Office of the Attorney General, all of Columbia, for Petitioner.
Appellate Defender Robert M. Pachak, South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Respondent.
 
 
 

PER CURIAM:  After careful review of the Appendix and briefs, we 

Dismiss Certiorari as Improvidently Granted.

 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.